UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AKEABA T. WILLIAMS,<br><br>　　　　　　Plaintiff,<br><br>　　-v-<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>　　　　　　Defendant. | Civil Action No.: 21-1167 |

### DEFENDANT PORTFOLIO RECOVERY ASSOCIATES, LLC'S
### NOTICE OF REMOVAL

TO:　　THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK:

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Portfolio Recovery Associates, LLC ("Defendant" or "PRA"), by counsel, hereby removes this civil action, pending in the Supreme Court of the State of New York, County of Suffolk, Index Number 601844/2021 (the "State Court Action"), to the United States District Court for the Eastern District of New York. Removal is proper because this Court has subject matter jurisdiction over the action under federal question jurisdiction. *See* 28 U.S.C. § 1331. Accordingly, PRA removes this action to this Court, and in support thereof, states the following:

### I. BACKGROUND

1.　　Plaintiff Akeaba T. Williams ("Plaintiff") commenced the State Court Action against PRA by filing a Complaint in the Supreme Court of the State of New York, County of Suffolk, on February 2, 2021 (the "Complaint"). Pursuant to 28 U.S.C. § 1446(a), a copy of all process pleadings, and orders served on PRA in the State Court Action are attached hereto as **Exhibit A**.

2. On February 2, 2021 PRA received notice of the Complaint via electronic mail.

3. This Notice of Removal is being filed within thirty days of PRA's receipt of the Complaint. This Notice of Removal is therefore timely under 28 U.S.C. § 1446(b).

4. The above-captioned action is a suit for alleged violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("FDCPA").

## II. FEDERAL QUESTION JURISDICTION

5. This Court has original jurisdiction over Plaintiff's FDCPA claims pursuant to 28 U.S.C. § 1331, which states that federal question jurisdiction is appropriately exercised over "all civil actions arising under the Constitution, laws, or treaties of the United States."

6. Removal of this action is proper under 28 U.S.C. § 1441(a), which provides, in pertinent part, that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

7. In her Complaint, Plaintiff alleges PRA violated §§ 1692e, 1692e(2), 1692e(10), and 1692f "by not providing Plaintiff with notice that the statute of limitations on the PRA account had expired." Ex. A at ¶¶ 18, 20, 22, and 24.

8. Federal question jurisdiction exists over this action because the allegations asserted by Plaintiff in the Complaint involve questions that will require resolution of significant, disputed issues arising under federal law. This case qualifies for federal question jurisdiction and is removable because Plaintiff's Complaint alleges claims under, and requires a ruling on, the FDCPA.

9. Pursuant to 28 U.S.C. § 1441(b), removal is proper irrespective of the citizenship or residence of the parties.

## III. VENUE

10.     Venue is proper in this Court because this district and division encompass the Supreme Court of the State of New York, County of Suffolk, the forum from which the case has been removed.  *See* 28 U.S.C. § 1441.

## IV. NOTICE

11.     Concurrent with the filing of this Notice, PRA will file a Notice of Filing of Notice of Removal with the District Court of the Supreme Court of the State of New York, County of Suffolk, a copy of which is attached hereto as **Exhibit B**.

12.     Upon information and belief, the contents of **Exhibit A** and **Exhibit B** constitute the entire file of the action pending in the state court as required pursuant to 28 U.S.C. §1446(a).

WHEREFORE, PRA hereby removes this action to this Court.

Dated: March 4, 2021  
New York, New York

By: */s/ Stephen J. Steinlight*  
Stephen J. Steinlight  
TROUTMAN PEPPER  
HAMILTON SANDERS LLP  
875 Third Avenue  
New York, New York 10022  
Telephone: (212) 704-6008  
Facsimile: (212) 704-6288  
Email: stephen.steinlight@troutman.com

*Attorney for Defendant*  
*Portfolio Recovery Associates, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of March 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, and sent, via FedEx Overnight Mail, to the following counsel of record. Service of the foregoing was within the time prescribed by the Rules of the Court.

>Subhan Tariq, Esq.
>The Tariq Law Firm, PLLC
>34-18 Northern Blvd – Suite 2-25
>Long Island City, New York 11101
>*Attorney for Plaintiff*

>*/s/ Stephen J. Steinlight*